UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BAUMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>V THEATER GROUP, LLC, et al.,<br><br>    Defendants. | Case No.  15-mc-80102-JSC<br><br>**ORDER TO SHOW CAUSE TO TWILIO, INC.**<br><br>Re: Dkt. No. 1 |

Now pending before the Court is Jeremy Bauman and Bijan Razilou's Application for an Order to Show Cause Why Twilio, Inc., Should Not Be Held in Contempt. (Dkt. No. 1.) Messrs. Bauman and Razilou are plaintiffs in two actions pending the United States District Court for the District of Nevada. *See Bauman c. V. Theater Group*, *LLC*, at al., No. 14-1125 RBF-PAL (D. Nev.); *Razilou v. V. Theater Group, LLC, et al*., No. 14-1160 RBF-PAL (D. Nev.). On February 12, 2015, Bauman and Razilou served a third-party subpoena in this District on Twilio, Inc. ("Twilio") seeking production of documents by March 16, 2015. (Dkt. Nos. 2-4 & 2-5.) Bauman and Razilou contend that third-party Twilio failed to respond to the subpoena and seek an order to show cause as to why Twilio should not be held in contempt until it responds to the subpoena.

Twilio is hereby ORDERED TO SHOW CAUSE as to why it should not be held in contempt for failing to respond to the subpoena. Twilio shall show cause in writing by April 8, 2015. Bauman and Razilou may file a response by April 13, 2015. Twilio is further ordered to appear and show cause at a hearing on April 16, 2015 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

Bauman and Razilou shall serve this Order on Twilio forthwith.

**IT IS SO ORDERED.**

Dated: March 31, 2015

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge