Albert H. Kirby (SBN 204266)
*ahkirby@soundjustice.com*
**SOUND JUSTICE LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 489-3210
Facsimile: (866) 845-6302

Attorney for Plaintiff Jeremy Bauman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY BAUMAN, individually and on behalf of all persons similarly situated,<br><br>                    Plaintiff,<br>    vs.<br><br>V THEATER GROUP, LLC; *et al*,<br><br>                    Defendants. | Case No. 3:15-mc-80102-JSC<br><br>**SUPPLEMENTAL AFFIDAVIT OF ALBERT H. KIRBY IN SUPPORT OF REPLY TO RESPONSE TO ORDER TO SHOW CAUSE WHY TWILIO, INC. SHOULD NOT BE HELD IN CONTEMPT**<br><br>**Hearing Date:** April 16, 2015<br><br>**Hearing Time:** 9:00 a.m.<br><br>**Hearing Location:** Courtroom F, 450 Golden Gate Ave., San Francisco, California |
| BIJAN RAZILOU, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>    vs,<br><br>V THEATER GROUP, LLC; *et al*,<br><br>                    Defendants. | Issuing Court:<br>Case No. 2:14-cv-01125-RFB-PAL (D. Nev.)<br><br>In consolidation with<br>Case No. 2:14-cv-01160-RFB-PAL (D. Nev.) |

I, Albert H. Kirby, declare as follows:

1.   I am attorney of record for Plaintiff Jeremy Bauman in this action. I am over the age of 18 years. I am competent to testify as to the matters stated below. I make this declaration based upon my own personal knowledge.

2.   As of today, I have not received any production of documents or things in response to the subpoena to Twilio, Inc. which is now at issue.

SUPPLEMENTAL AFFIDAVIT OF ALBERT H. KIRBY
Page 1

3. Attached as **Exhibit 1** is are excerpts from Defendants' Supplemental Answers to Interrogatories and Responses to Requests for Production. I received this document after I caused the Application for an Order to Show Cause, Doc. #1, to be filed and served.

4. Attached as **Exhibit 2** is a copy of the Stipulation, Order to Continue Discovery and Class Certification Deadlines, and Protective Order filed by the United States District Court for the District of Nevada on April 13, 2015 in *Bauman v. V Theater Group, LLC, et al.*, Case No. 2:14-cv-01125-RFP-PAL, Doc. #49.

5. Attached as **Exhibit 3** is an executed proof of service upon Twilio, Inc. of the Court's Order to Show Cause, Doc. #3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated this 13th day of April 2015.

*/s/ Albert H. Kirby*
Albert H. Kirby

# **CERTIFICATE OF SERVICE**

I certify this document is filed through the ECF system and thereby will be sent electronically to the registered participants identified on the Notice of Electronic Filing on today's date.

I also certify that today I will serve or have already served a copy of the foregoing document upon each of the parties via email sent to counsel of record in this action at the following email addresses as permitted by Fed. R. Civ. P. 5(b)(2)(E):

| **Attorney** | **Party Represented** | **Email** |
| --- | --- | --- |
| Candice E. Renka | Plaintiff Jeremy Bauman | crenka@maclaw.com<br>jrodionova@maclaw.com |
| Dennis L. Kennedy | Plaintiff Bijan Razilou | dkennedy@baileykennedy.com |
| Paul C. Williams | Plaintiff Bijan Razilou | pwilliams@baileykennedy.com<br>smurnane@baileykennedy.com |
| Matthew R. Mendelsohn | Plaintiff Bijan Razilou | mmendelsohn@mskf.net |
| Payam Shahian | Plaintiff Bijan Razilou | pshahian@slpattorney.com<br>mdevlin@slpattorney.com |
| Carrie Hanlon | Defendants | Hanlon@morrissullivanlaw.com<br>Roth@morrissullivanlaw.com |
| Jeffrey Pitegoff | Defendants | Pitegoff@morrissullivanlaw.com |
| David O. Klein | Defendants | dklein@kleinmoynihan.com |
| Sean A. Moynihan | Defendants | smoynihan@kleinmoynihan.com |

Dated this 13th day of April 2015.          */s/ Albert H. Kirby*
                                            Albert H. Kirby

SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
TEL: (206) 489-3210  FAX: (866) 845-6302