UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BAUMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>V THEATER GROUP, LLC, et al.,<br><br>  Defendants. | Case No.  15-mc-80102-JSC<br><br>**ORDER RE: APPLICATION FOR ORDER TO SHOW CAUSE TO TWILIO, INC., RE: SUBPOENA**<br><br>Re: Dkt. No. 1 |

Now pending before the Court is Jeremy Bauman and Bijan Razilou's Application for an Order to Show Cause Why Twilio, Inc., Should Not Be Held in Contempt. (Dkt. No. 1.) Messrs. Bauman and Razilou are plaintiffs in two actions pending the United States District Court for the District of Nevada. *See Bauman c. V. Theater Group*, *LLC*, at al., No. 14-1125 RBF-PAL (D. Nev.); *Razilou v. V. Theater Group, LLC, et al*., No. 14-1160 RBF-PAL (D. Nev.). On February 12, 2015, Bauman and Razilou served a third-party subpoena in this District on Twilio, Inc. ("Twilio") seeking production of documents by March 16, 2015. (Dkt. Nos. 2-4 & 2-5.) Bauman and Razilou contend that third-party Twilio failed to respond to the subpoena and seek an order to show cause as to why Twilio should not be held in contempt until it responds to the subpoena.

The Court thereafter issued an Order to Show Cause as to why Twilio should not be held in contempt. (Dkt. No. 3.) Twilio's response contends that it was never served with the subpoena. (Dkt. No. 4.) Plaintiffs and third-party Twilio appeared for a hearing on April 16, 2015. As stated on the record, the parties are ordered to meet and confer in person regarding Twilio's compliance with the subpoena. The Court also established the following schedule for any further disputes regarding the subpoena.

If the parties are unable to resolve the issue through a good faith in person meet and confer,

the parties shall file a joint letter brief regarding the dispute by April 29, 2015 in accordance with the Court's Standing Order.  Unless the parties agree otherwise, Plaintiffs shall provide Twilio with their portion of the joint letter brief by April 22, 2015, Twilio shall provide its responsive portion of the joint letter by April 27, 2015, and Plaintiffs shall file the joint letter brief combining the two sections and adding an optional reply by the close of business April 29, 2015.  Upon receipt of the letter brief, the Court will take the matter under submission and notify the parties if further argument is required.

**IT IS SO ORDERED.**

Dated: April 17, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge