UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BAUMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>V THEATER GROUP, LLC, et al.,<br><br>    Defendants. | Case No. 15-mc-80102-JSC<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 10 |

This matter first came before the Court on Plaintiffs' Application for an Order to Show Cause Why Twilio, Inc., Should Not Be Held in Contempt following third-party Twilio's alleged non-compliance with a subpoena issued in this District which related to proceedings in the United States District Court for the District of Nevada. *See Bauman c. V. Theater Group*, *LLC*, at al., No. 14-1125 RBF-PAL (D. Nev.); *Razilou v. V. Theater Group, LLC, et al.*, No. 14-1160 RBF-PAL (D. Nev.). Plaintiffs and third-party Twilio appeared for a hearing on an Order to Show Cause on April 16, 2015 and the parties were ordered to meet and confer regarding the subpoena. If the parties were unable to resolve the matter through a good faith meet and confer, they were to file a joint letter brief by April 29, 2015. (Dkt. No. 9.) The parties did not do so.

However, on May 6, 2015, the parties filed the now pending Joint Discovery Letter Brief (Dkt. No. 10). According to the letter brief, the parties agreed through the meet and confer that Twilio would produce four categories of documents. Twilio has done so and Plaintiffs dispute the adequacy of the production with respect to two of the categories; namely, (1) all transmittal records from Defendants' accounts, and (2) copies of Defendants' customer profiles.

The parties are ordered to appear for a hearing on this matter on May 14, 2015 at 2:00 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. Plaintiffs shall be prepared to

1  discuss, among other issues, the relevance of the information sought with respect to Plaintiffs'
2  claims against the Defendants in underlying actions, and why the information sought is not
3  otherwise available from the Defendants in these actions.
4      **IT IS SO ORDERED.**
5  Dated: May 8, 2015

                                                JACQUELINE SCOTT CORLEY
                                                United States Magistrate Judge