UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BAUMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>V THEATER GROUP, LLC, et al.,<br><br>  Defendants. | Case No. 15-mc-80102-JSC<br><br>**ORDER CONTINUING HEARING ON JOINT DISCOVERY LETTER BRIEF**<br><br>**(DKT. NO. 10)** |

The Court previously set a hearing for May 14, 2015 on the Joint Discovery Letter Brief (Dkt. No. 10) filed by Plaintiffs and non-party Twilio, Inc., regarding a subpoena Plaintiffs served on Twilio in this District. The subpoena arises from proceedings in the United States District Court for the District of Nevada. *See Bauman c. V. Theater Group*, LLC, *et al*., No. 14-1125 RBF-PAL (D. Nev.); *Razilou v. V. Theater Group, LLC, et al*., No. 14-1160 RBF-PAL (D. Nev.). On May 13, 2015, Defendants in the Nevada District Court actions entered an appearance in this action and filed a letter brief indicating that counsel had only recently been retained to represent Defendants.

Given Defendants' recent filing, the hearing on the Joint Discovery Letter Brief is continued to May 19, 2015 at 11:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. Any counsel who so elects may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

Defendants shall file a supplemental statement by noon, May 18, 2015 confirming whether they are able to access the information Plaintiffs seek through Twilio's website.

**IT IS SO ORDERED.**

Dated: May 13, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge